UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR14-042-RSL |
| Plaintiff, ) | |
| ) | |
| v., ) | |
| ) | DETENTION ORDER |
| JONATHAN P. BOOTHE ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>Offense charged</u>:     Bank Fraud, Conspiracy, Aggravated Identity Theft, Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:     June 10, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

///

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant was initially arrested in the Western District of Arkansas on the above charges, and transferred to this District. He has now appeared in this District and does not contest entry of an order of detention.

2. Defendant was not interviewed by Pretrial Services in either District. Therefore his background information is unknown or unverified. There is an active felony warrant for defendant in King County, Washington for failure to report.

3. Defendant poses a risk of nonappearance due to lack of background information, a lengthy criminal record with failures to appear, and an active warrant. He poses a risk of financial danger due to the nature of the charges and criminal record.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>10th</u> day of June, 2014.

 

*[signature]*
Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3