Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR14-042RSL |
| Plaintiff, | ORDER CONTINUING TRIAL |
| v. | |
| JONATHAN BOOTHE, | |
| Defendant. | |

THE COURT has considered the motion filed by the parties requesting a continuance of the trial date.

In light of the circumstances that are presented in the motion, and in particular the massive amount of discovery in this matter, THE COURT finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).  THE COURT also finds that the failure to grant a continuance of the trial date would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i).  THE COURT also finds that this case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii).  THE COURT also finds that the ends of justice will be served by ordering a continuance in this case, that a

ORDER CONTINUING TRIAL - 1
U.S. v. Jonathan Boothe/CR14-042RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 continuance is necessary to ensure adequate time for effective case preparation, and that
2 these factors outweigh the best interests of the public and the Defendant in a speedy trial.
3       Accordingly, THE COURT ORDERS that the period of time from the date of June
4 29, 2015 until the new trial date of January 11, 2016, shall be excludable time pursuant to
5 the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B).

7       DATED this 20th day of July, 2015.

                                                    ROBERT S. LASNIK
                                                    United States District Judge

Presented by:

*/s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney

ORDER CONTINUING TRIAL - 2
U.S. v. Jonathan Boothe/CR14-042RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970